

| | |
|---|---|
| Ibrahim M. Hallaj, PhD | President |
| Intrinsic Law Corp. | 1.617.420.0078 |
| 760 Main Street, Third Floor | ihallaj@intrinsiclaw.com |
| Waltham, MA 02451 USA | www.intrinsiclaw.com |

June 1, 2017

BY ELECTRONIC and POST MAIL

Tomas Okmanas
Tesonet
Jasinskio st. 16
Vilnius, 03163 Lithuania
*tom@shader.io*

Re: U.S. Patents 8,560,604; 9,241,044

I represent Hola Networks Ltd. which owns various patents in the field of peer-to-peer based routing.

It has come to our attention that Tesonet is developing, considering to develop or is in the business of providing products and services relating to peer-to-peer based routing.

We call to your attention certain intellectual property owned by Hola Networks. Specifically, your attention is drawn to U.S. Patents 8,560,604 and 9,241,044 (and other pending patent applications) covering a proprietary claim scope within the field, as stated in the attached issued patents.

Your management and counsel are kindly advised to take note of the above intellectual property, as Hola Networks zealously guards its technology and rights in this space. Hola Networks is willing to discuss licensing of the above patents on reasonable terms.

Sincerely,

Ibrahim M. Hallaj

+ Enclosures: U.S. Patents 8,560,604;  9,241,044