# ♠David L. Cohen, P.C.

123 West 93rd Street, Suite 2H-I
New York, NY 10025, USA
dl.cohen.pc@kidonip.com

February 14, 2018

**Via Courier & email (**tom@shader.io; tomas@okmanas.lt**)**
Tomas Okmanas
UAB Tesonet
Jasinskio Street 16
Vilnius, 03163 Lithuania

    Re:   U.S. Patents 8,560,604; 9,241,044; 9,742866

Dear Mr. Okmanas,

My client, Luminati Networks Ltd. ("Luminati"), formerly known as Hola Networks Ltd., is the owner of certain critical patents in the field of IP VPN services using peer-to-peer technology.  I write regarding a letter to you (attached), for which no reply was received, from my colleague Ibrahim M. Hallaj, dated June 1, 2017.  The letter informed you of some of my client's patents and offered a license on reasonable terms.

It has recently come to our attention that Tesonet, under the OxyLabs I.O. brand is developing, using, offering for sale, and selling products and services in the field of VPN services based on residential IP peers, as evidenced, for example, on your web site: https://oxylabs.io/features.

We would like to draw your attention to the following two patent families owned by my client. The first patent family (assigned to Luminati Networks Ltd.) includes European patent application EP2863607, US patent 9,241,044 (attached), and US patent 9,742,866 (attached). The second patent family (assigned to Hola Newco, Ltd.) includes Chinese patent application CN102667509A; European patent application EP2486415, and US patent 8,560,604 (attached).

Please be advised that Luminati zealously guards its technology and rights in this space. Luminati is harmed by unauthorized sales, offers to sell, and use covered by these patents. In light of Mr Hallaj's June 1, 2017 letter, Luminati and its officers have been on actual notice of my client's patents and my client considers Luminati's continued infringement willful, which may lead to enhanced damages and personal liability for Luminati's officers and directors.



IP management, litigation, & licensing services

## ♦ David L. Cohen, P.C.
www.kidonip.com

February 14, 2018

However, Luminati is willing to discuss licensing of the above patents (regarding past and future products) on reasonable terms. If you have any questions, please contact me directly. We forward to your response within 30 days of receipt of this letter.

Sincerely,

David L. Cohen, Esq.
President

Encl.

copy:   Darius Bereika, CEO, UAB Tesonet (*via email:* Darius.Bereika@tesonet.com;
        mailto:darius@tesonet.lt)
        Julius Černiauskas, COO, UAB Tesonet (*via email*: Julius.Cerniauskas@tesonet.com)
        Donatas Budvytis, CTO, UAB Tesonet (*via email:* Donatas.Budvytis@tesonet.com)



2