# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:18-CV-00299-JRG |
| | § | |
| UAB TESONET, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff Luminati Networks Ltd.'s ("Luminati") and Defendant UAB Tesonet's ("Teso") (collectively, "Parties") Joint Motion to Modify the Deadline for Plaintiff to Complete Review of Defendant's Source Code (the "Motion"). (Dkt. No. 53.) Having considered the Motion and in view of Teso's Notice of Meet and Confer (Dkt. No. 52), the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Paragraph 10(b) of the Protective Order (Dkt. No. 39) is hereby modified to allow Luminati two weeks to complete inspection of Teso's source code, running from the date that Teso makes its unredacted source code available for inspection.

Accordingly, Luminati's Motion to Compel (Dkt. No. 48) is hereby **DENIED-AS-MOOT**. Additionally, the briefing schedule set forth in this Court's prior order (Dkt. No. 51) is **MOOTED** by this Order. The motion hearing previously scheduled in this case on June 6, 2019, is hereby **CANCELLED**.

**So ORDERED and SIGNED this 20th day of May, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE