**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0299-JRG |
| | § | |
| UAB TESONET | § | |

### PATENT RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Court's Docket Control Order (Dkt. 71) and P.R. 4-5(d), Plaintiff Luminati Networks Ltd. ("Luminati") and Defendant UAB Teso LT ("Teso") hereby submit this Joint Claim Construction Chart.

The claim construction hearing on July 31, 2019 is scheduled to address 23 disputed claim terms from U.S. Patent No. 9,241,044 ("the '044 Patent") and U.S. Patent No. 9,742,866 ("the '866 Patent"). The agreed and disputed terms are listed in Exhibit A hereto.

1

| | |
|---|---|
| Dated: July 10, 2019 | Respectfully submitted, |
| By: */s/ Ronald Wielkopolski*<br>S. Calvin Capshaw<br>State Bar No. 03783900<br>Elizabeth L. DeRieux<br>State Bar No. 05770585<br>Capshaw DeRieux, LLP<br>114 E. Commerce Ave.<br>Gladewater, TX 75647<br>Telephone: 903-845-5770<br>ccapshaw@capshawlaw.com<br>ederieux@capshawlaw.com<br><br>Ronald Wielkopolski<br>RuyakCherian LLP<br>1700 K St. NW, Suite 810<br>Washington, DC 20006<br><br>Korula T. Cherian<br>Robert Harkins<br>RuyakCherian LLP<br>1936 University Ave, Ste. 350<br>Berkeley, CA  94702<br><br>Attorneys for Plaintiff<br>Luminati Networks Ltd. | By: */s/ Craig Tolliver*<br>MICHAEL C. SMITH<br>  Texas State Bar No. 18650410<br>  michaelsmith@siebman.com<br>**SIEBMAN, FORREST,**<br>**BURG & SMITH LLP**<br>113 East Austin Street<br>Marshall, Texas 75671<br>Telephone: (903) 938-8900<br>Telecopier: (972) 767-4620<br><br>PAUL S. TULLY, PH.D.<br>  tully@mbhb.com<br>KURT W. ROHDE<br>  rohdek@mbhb.com<br>ANDREA K. ORTH<br>  orth@mbhb.com<br>**MCDONNELL BOEHNEN**<br>**HULBERT & BERGHOFF, LLP**<br>300 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 913-0001<br>Telecopier: (312) 913-0002<br><br>STEVEN CALLAHAN<br>  Texas State Bar No. 24053122<br>  scallahan@ccrglaw.com<br>CRAIG TOLLIVER<br>  Texas State Bar No. 24028049<br>  ctolliver@ccrglaw.com<br>C. LUKE NELSON<br>  Texas State Bar No. 24051107<br>  lnelson@ccrglaw.com<br>**CHARHON CALLAHAN**<br>**ROBSON & GARZA, PLLC**<br>3333 Lee Parkway, Suite 460<br>Dallas, Texas 75219<br>Telephone: (214) 521-6400<br>Telecopier: (214) 764-8392 |

*Counsel for Defendant UAB Teso LT*

## **CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 10th day of July, 2019, with a copy of this document via CM/ECF.

*/s/ Ronald Wielkopolski*