# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD. | § | |
| | § | |
| v. | § | Case No. 2:18-cv-299 JRG |
| | § | |
| UAB TESONET | § | |

## MINUTES FOR SEALED PRETRIAL CONFERENCE
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### January 3, 2020

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Adam Ahnhut<br>Christian Chessman |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 1:21 p.m. | Court opened.   Counsel introduced co-counsel. **Courtroom sealed.** |
| 1:23 p.m. | Messrs. Cherian and Callahan read the terms of the parties' settlement agreement into the record.  Terms of the agreement are to remain confidential. |
| 1:28 p.m. | The Court ORDERED that the case be stayed for 30 days pending the submission of dismissal documents. |
| 1:30 p.m. | **Courtroom unsealed.**  Court adjourned. |