## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:18-CV-00299-JRG |
| | § | |
| UAB TESONET, UAB METACLUSTER | § | |
| LT, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Luminati Networks Ltd.'s ("Luminati") Unopposed Motion to Vacated Indefiniteness Finding of Claim 108 of U.S. Patent 9,241,044 (the "Motion"). (Dkt. No. 327.) In the same, Luminati requests that this Court vacate the Court's prior finding in the Court's Claim Construction Orders (Dkt. Nos. 121, 192) that Claim 108 of U.S. Patent No. 9,241,044 (the "'044 Patent") is invalid for indefiniteness. The Motion is unopposed. Having considered the Motion and its unopposed nature, the Court finds it should be and hereby is **GRANTED**.

Accordingly, this Court's prior finding in its Claim Construction Orders (Dkt. Nos. 121, 192) that Claim 108 of the '044 Patent is invalid for indefiniteness is hereby **VACATED BY AGREEMENT OF THE PARTIES**.

So ORDERED and SIGNED this 4th day of February, 2020.

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE