# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:18-CV-00299-JRG |
| UAB TESONET, UAB METACLUSTER LT, | § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is Plaintiff Luminati Networks Ltd. ("Luminati") and Defendants UAB Teso LT and UAB Metacluster LT's (collectively, the "Defendants") (Luminati and Defendants, collectively, the "Parties") Joint Stipulation to Dismiss with Prejudice (the "Stipulation"). (Dkt. No. 328.) In the same, the Parties move to dismiss all claims and counterclaims with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Having considered the Stipulation, the Court is of the opinion that it should be and hereby is **APPROVED**.

Accordingly, it is **ORDERED** that all claims and counterclaims between the Parties in the above-captioned case are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party shall bear their own respective attorney's fees and costs. All pending requests for relief between the Parties are **DENIED AS MOOT**. The Clerk of the Court is directed to **CLOSE** the above-captioned case.

So ORDERED and SIGNED this 4th day of February, 2020.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE