IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO.  2:18-CV-00299-JRG |
| § | |
| UAB TESONET,  UAB METACLUSTER § | |
| LT, § | |
| § | |
| *Defendants*. § | |

# ORDER

Before the Court is Plaintiff Luminati Networks Ltd.'s ("Luminati") Opposed Motion for Sanctions (the "Motion"). (Dkt. No. 368). In the Motion, Luminati asks the Court to sanction Defendant UAB Tesonet ("Teso") over litigation conduct before the Vilnius Regional Court in Lithuania, Civil Case No. e2-461-580-2020 (the "Lithuania Litigation"). In particular, Luminati alleges that Teso has misrepresented the outcome of the above-captioned matter in a brief or pleading in the Lithuania Litigation. Luminati now asks the Court (1) to order Teso to submit a corrective filing to the Vilnius Regional Court, (2) to "prohibit Defendants and their counsel from disseminating misleading statements and mischaracterizations," and (3) to disqualify Teso's Lithuanian counsel, Mr. Justinas Jarusevičius,[1] from viewing material covered by this Court's protective orders.

The Court is not inclined to insert itself into proceedings pending before another tribunal—especially the tribunal of another sovereign nation. Disputes before any tribunal are best resolved by the normal adversarial process there.  Resorting to the disciplinary authority of another tribunal

---

[1] Mr. Jarusevičius has not entered an appearance in the above-captioned matter, but appears as counsel of record in the Lithuania Litigation and in another matter before this Court. *Luminati Networks Ltd. v. Teso LT, UAB et al.*, 2:19-cv-00395-JRG (E.D. Tex.). Mr. Jarusevičius is admitted to the Bars of Lithuania and the State of New York.

that happens to have jurisdiction over the same parties may be improper but at a minimum is not preferred. To whatever extent (if at all) that any party has engaged in misconduct in the Lithuania Litigation, that misconduct is best handled by the Lithuanian Court. This Court declines to exercise its authority in this regard, and would expect any other tribunal to do the same if the roles were reversed.

Accordingly, the Motion is **DENIED**.

**So ORDERED and SIGNED this 11th day of September, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE